UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CR-00018-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| TERESA NAN DUGGER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

Before the Court is Defendant's *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 1145]. Defendant seeks a reduced sentence based on guideline Amendment 821 [*Id.*]. The Government responded within the time allotted by Standing Order SO-24-05 [Doc. 1158], arguing that Defendant is ineligible for a sentence reduction and that her impending release would moot her motion in any event. Defendant was then released on March 6, 2024. *See* Federal Bureau of Prisons, *Find an Inmate*, https://www.bop.gov/inmateloc/ (last visited August 14, 2024). Because Defendant has been released, her motion [Doc. 1145] is **DENIED AS MOOT**.

    **SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

1